In the Matter of the Claim of AGNES O'NEILL, Respondent, against KIRKMAN & SON, INC., Appellant. STATE INDUSTRIAL BOARD, Respondent.— Claimant slipped and fell upon a concrete floor. The employer manufactures soap products. Claimant testified that she slipped because there was soap on her shoes. Failure

to give written notice within thirty days properly excused by the Board. Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Bliss, JJ.